

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2021



**BY EMAIL**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *United States v. Elliot Smerling*, 21 Mag. 2223 (\_\_\_)

Dear Judge Parker:

  The Government writes to respectfully request that the above-referenced Complaint, which was filed under seal on or about February 25, 2021, and its associated docket be unsealed. The defendant charged in the Complaint was arrested in the Southern District of Florida on February 26, 2021. A proposed Order is enclosed for the Court's consideration.

              Respectfully submitted,

               AUDREY STRAUSS
               United States Attorney

           by: /s/Timothy V. Capozzi
             Timothy V. Capozzi / Jilan J. Kamal
             Assistant United States Attorney
             (212) 637-2404 / 2192

*Enclosure*