UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

     - v. -                              :          **ORDER**

    ELLIOT SMERLING,                     :          21 Mag. 2223

           Defendant.          :

- - - - - - - - - - - - - - - - - - x          **DOC #** ___ ___

Upon the application of the United States of America, by and
through Assistant United States Attorneys Timothy V. Capozzi and
Jilan J. Kamal, it is hereby ORDERED that Complaint 21 Mag.
2223, which was filed under seal on February 26, 2021, and its
associated docket be and hereby is unsealed.

    SO ORDERED.

Dated:    New York, New York
       May **6**, 2021

                            _Katharine H. Parker_

                    HONORABLE KATHARINE H. PARKER
                    UNITED STATES MAGISTRATE JUDGE
                    SOUTHERN DISTRICT OF NEW YORK